# Exhibit 1

## Kleinbrodt, Julian W.

| | |
|---|---|
| **From:** | Keith Mathews <Keith@awplegal.com> |
| **Sent:** | Friday, March 6, 2026 2:51 PM |
| **To:** | Kleinbrodt, Julian W. |
| **Subject:** | RE: Coronavirus Reporter v. Apple, No. 25-8111 (CA9) |

**This Message Is From an External Sender**
This message came from outside your organization.

Julian,

I write regarding the opening brief deadline and your email indicating Apple intends to move to dismiss based on the missed due date.

As you know, there is currently pending in the Ninth Circuit a petition for rehearing en banc in the related mandamus proceeding arising from the district court's "staged" sanctions posture and related filing restraints. That mandamus matter raises, among other issues, whether the district court's deferred/"staged" sanctions structure and related restraints operate coercively to impair meaningful appellate review, and whether the refusal to apply California's anti-SLAPP protections in the sanctions posture presents an Erie / Rules Enabling Act conflict.

In light of that posture and to avoid duplicative and potentially inefficient briefing Appellants request that Apple stipulate to a deferral of the appeal briefing schedule pending the Ninth Circuit's disposition of the en banc petition (and any promptly sought further review). The goal is to conserve resources, avoid unnecessary or premature merits briefing, and allow the appellate process to proceed in an orderly manner once the threshold procedural issues are resolved.

Please let me know by end of day today (given your stated intention to move) whether Apple will stipulate to:

1. a stipulated extension of the opening deadline  and/or
2. a stipulated abeyance of the briefing schedule pending resolution of the en banc mandamus petition.

If Apple is unwilling to stipulate, Appellants will move promptly for appropriate relief from the Court, including an extension and/or abeyance, and will respond to any dismissal motion accordingly. Please attach this response if you do move for a premature dismissal.

Regards,

Keith

**From:** Kleinbrodt, Julian W. <JKleinbrodt@gibsondunn.com>
**Sent:** Thursday, March 5, 2026 7:35 PM
**To:** Keith Mathews <Keith@awplegal.com>
**Subject:** Coronavirus Reporter v. Apple, No. 25-8111 (CA9)

Counsel,

Apple intends to move to dismiss the appeal, No. 25-8111, pursuant to Fed. R. App. P. 31 and Circuit Rule 42-1.  Please let us know whether you consent to dismissal.  Otherwise, we will inform the Court that you do not consent to the motion.

Best regards,

Julian

**Julian W. Kleinbrodt**
Partner

T: +1 415.393.8382 | M: +1 415.377.0902
JKleinbrodt@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
One Embarcadero Center Suite 2600, San Francisco, CA 94111-3715

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---