UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 15 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CORONAVIRUS REPORTER CORPORATION, on behalf of themselves and all others similarly situated; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> APPLE INC., <br><br> Defendant - Appellee. | No. 25-8111 <br><br> D.C. No. 3:24-cv-08660-EMC <br> Northern District of California, San Francisco <br><br> ORDER |

Before: SCHROEDER, CHRISTEN, and COLLINS, Circuit Judges.

The motion (Docket Entry No. 9) to dismiss this appeal is granted.

The cross-motion (included in Docket Entry No. 10) to stay appellate proceedings is denied as moot.

**DISMISSED.**