UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 6 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

CORONAVIRUS REPORTER CORPORATION, on behalf of themselves and all others similarly situated; et al.,

Plaintiffs - Appellants,

v.

APPLE INC.,

Defendant - Appellee.

No. 25-8111

D.C. No.
3:24-cv-08660-EMC

Northern District of California,
San Francisco

MANDATE

The judgment of this Court, entered July 15, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT